IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STEVE M. HALE,<br>Reg. No. 16219-056,<br><br>   Petitioner,<br><br>      v.<br><br>WALTER WOOD, WARDEN,<br><br>   Respondent. | )<br>)<br>)<br>)<br>)<br>)   CASE NO.: 2:19-CV-710-RAH-SRW<br>)<br>)<br>)<br>) |

## **O R D E R**

On March 1, 2022, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 18.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby

ORDERED that the Recommendation is ADOPTED, and this case is DISMISSED with prejudice as moot.

A separate Final Judgment will be entered.

DONE, on this the 24th day of March, 2022.

                                    /s/ R. Austin Huffaker, Jr.
                                R. AUSTIN HUFFAKER, JR.
                                UNITED STATES DISTRICT JUDGE